IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CARL B. ELLIS, III                                                                                   PLAINTIFF

v.                    CASE NO. 2:19-CV-00131 BSM

CROSS COUNTY
DETENTION CENTER et al.                                          DEFENDANTS

## ORDER

Carl B. Ellis, III has not complied with the October 18, 2019 and December 9, 2019 orders [Doc. Nos. 3, 4] directing him to sign his complaint and to either pay the filing fee or file an application to proceed *in forma pauperis*. The time to do so has expired. Accordingly, this lawsuit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of April 2020.

_____
UNITED STATES DISTRICT JUDGE