IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CARL B. ELLIS, III                                                                PLAINTIFF

v.                       CASE NO. 2:19-CV-00131 BSM

CROSS COUNTY
DETENTION CENTER et al.                                              DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this lawsuit is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April 2020.

_____
UNITED STATES DISTRICT JUDGE